IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAVEROUS WILLIAMS,

    Plaintiff,

v.                                                  Case No. 1:21-cv-129-AW-GRJ

ALACHUA COUNTY JAIL STAFF,
et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 18 Report and Recommendation, ECF No. 9, to which no objection has been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on December 1, 2021.

                                                        s/ *Allen Winsor*
                                                        United States District Judge